No. 90–5100. FORD *v.* LOUISIANA. Sup. Ct. La.;
No. 90–5541. PETERSON *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir.;
No. 90–5716. BROWN *v.* FLORIDA. Sup. Ct. Fla.;
No. 90–5839. BEETS *v.* TEXAS. Ct. Crim. App. Tex.; and
No. 90–5949. RANDOLPH *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. Reported below: No. 90–5100, 563 So. 2d 873; No. 90–5541, 904 F. 2d 882; No. 90–5716, 565 So. 2d 304; No. 90–5949, 562 So. 2d 331.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth

and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 231 (1976), I would grant certiorari and vacate the death sentences in these cases.